5531.11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JANE DOE, a minor individual, and ANGELA HARRISON, Jane Doe's mother, As next friend of Jane Doe,<br><br>Plaintiffs,<br><br>vs.<br><br>USD No. 237, THE SMITH CENTER SCHOOL DISTRICT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 16-2801-JWL-GLR<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiffs have filed a Motion (ECF No. 207) seeking additional time to respond to Defendants' Motions for Summary Judgment (ECF Nos. 195, 200 & 202) filed July 15, 2019, and July 17, 2019. Plaintiffs' Motion (ECF No. 207) seeks an extension from August 5, 2019 and August 7, 2019 until August 30, 2019 to respond to Defendants' Motions (ECF Nos. 195, 200 & 202). Motion (ECF No. 207), p. 2, ¶ 8. As indicated in Plaintiffs' Motion (ECF No. 207), Defendants do not oppose an extension of Plaintiffs' current deadlines, however, Defendants are concerned about the amount of additional time sought by Plaintiffs and the impact the requested extension may have on the other deadlines in this case and the schedule of Defendants' counsel in other matters. Accordingly, Defendants ultimately agreed to consent to an extension of Plaintiffs' deadline to August 26, 2019, with a reciprocal extension of Defendants' reply deadline to September 23, 2019.

Counsel for Defendants tries to cooperate with opposing counsel on all requests for extension as a matter of professional courtesy. However, as indicated to Plaintiffs' counsel in the

1

email exchange attached as Exhibit 1, the issues created by Plaintiffs' counsel's vacation should have been addressed during the April 30, 2019, scheduling conference ***prior*** to the Court establishment of the current February 3, 2020 trial setting and/or during the June 20, 2019 pretrial conference.[1] Had the scheduled vacation of Plaintiffs' counsel been accounted for at that time, the current requested extension by Plaintiffs would be less likely to potentially interfere with the current trial schedule and other pretrial deadlines.[2]

Defendants are concerned that the amount of additional time sought by Plaintiffs will decrease the amount of time the Court will have to consider and rule on the pending dispositive motions which may impact other pretrial deadlines and the current February 3, 2020 trial setting.[3] As indicated in Exhibit 1, notwithstanding this concern, Defendants ultimately agreed to consent to an extension of Plaintiffs' deadline to August 26, 2019, with a reciprocal extension of Defendants' reply deadline to September 23, 2019. Defendants need the reciprocal extension as counsel for Defendants has (under the assumption that the briefing on their dispositive motions would be completed by August 21, 2019) already committed to meetings, depositions, hearings

---

[1] Plaintiffs were aware of the July 15, 2019 deadline imposed by the Third Amended Scheduling Order (ECF No. 162) for Defendants to file their dipositive motions and were also aware that their deadline to respond to same as imposed by D.Kan.R. 6.1 was always going to fall during their vacation.

[2] Plaintiffs state in their Motion (ECF No. 207), p. 2 ¶ 7, that their counsel will be scheduled to be out of the office from July 19 until August 12. Defendants assume, based on the emails attached as Exhibit 1, that the July **19** date is a typographical error.

[3] Although Defendants would generally still consent to an extension of time, the other reasons set forth in Plaintiffs' Motion (ECF No. 207), p. 2 ¶¶ 4, 5 & 6, do not warrant an extension in the amount requested by Plaintiffs under the circumstances of this case. First, Plaintiffs' statement that Defendants' three (3) motions collectively contain 854 statements of facts is technically true, but somewhat misleading. Motion (ECF No. 207), p. 2 ¶ 4. First, as discussed with Plaintiffs, the same facts appear in all three (3) memoranda. Defendant USD No. 237's Memorandum (ECF No. 203) against Plaintiff Doe contains 457 facts. Defendant USD No. 237's Memorandum (ECF No. 196) against Plaintiff Harrison has only 10 additional facts and Defendant Hutchinson's Memorandum (ECF No. 201) against Plaintiff Doe has only 6 additional facts. Thus, collectively there are 473 statements of fact. This would mean that Plaintiffs have 198 facts left to address. Moreover, as discussed with Plaintiffs, the facts presented are not complex or argumentative and are, instead, presented in a straightforward manner which should be relatively easy for Plaintiffs to determine whether any basis exists to dispute the same. Second, Plaintiffs' suggested extension premised upon potential additional discovery which may or may not take place simply isn't a reason for the current extension nor is the time spent on their Response (ECF No. 205) which was filed within days of Defendants seeking summary judgment or their Response (ECF No. 206) which was relatively short could have been extended by agreement without impacting other deadlines.

and briefing deadlines in other matters in the weeks following August 21, 2019, that will make it difficult, if not impossible, for Defendants to get the replies done by September 13, 2019, the date they would be due should Plaintiffs' Motion (ECF No. 207) be granted.[4] Defendants proposed this compromise so that the vacation of Plaintiffs' counsel could be accommodated and Plaintiffs' counsel could have some additional time, upon their return, within which to respond without unduly impacting the other deadlines in this case or the schedule of Defendants' counsel in other matters.

                        Respectfully submitted,

                        McANANY, VAN CLEAVE & PHILLIPS, P.A.
                        10 E. Cambridge Circle Drive, Suite 300
                        Kansas City, Kansas  66103
                        Telephone:   (913) 371-3838
                        Facsimile:    (913) 371-4722
                        E-mail:         ggoheen@mvplaw.com

                        By: /s/ Gregory P. Goheen
                             GREGORY P. GOHEEN     #16291

                        Attorneys for Defendants Brock Hutchinson and Unified School District No. 237, Smith County, Kansas

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Dan Curry
Sarah Brown
Brown & Curry, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111

Attorneys for Plaintiff

                                      /s/ Gregory P. Goheen

---

[4] In proposing these dates, Defendants assume that Plaintiffs will not be presenting a large number of additional facts and that no further discovery will take place.